**Granted.**
3:27 PM, Mar 16, 2021

*Karen L. Litkovitz*
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LILLIAN MORROW | ) | CASE NO.: 1:20-cv-00162 |
| Plaintiff, | ) | JUDGE: Judge Timothy S. Black |
| -vs- | ) | |
| WAL-MART STORES EAST, L.P. et. al., | ) | |
| Defendants. | ) | |

### MOTION TO WITHDRAW DOCUMENT NO. 27 AND FOR LEAVE TO FILE INSTANTER REPLY MEMORANDUM FOR DEFENDANT'S MOTION TO SUMMARY JUDGMENT

Now comes Defendant, Wal-Mart Stores East, L.P. (hereinafter identified as "Wal-Mart" or "Defendant"), by and through the undersigned counsel, and hereby respectfully request that the Court withdraw Document No. 27 and grant leave to file *Instanter* the Reply Memorandum to Defendant's Motion for Summary Judgment. (Ex. A Attached).

On March 9, 2021, Defendant Wal-Mart inadvertently labeled and filed the Reply in Support of its Motion for Summary Judgment as a Motion for Summary Judgment. (See Doc. 27). The Memorandum is the same; however, the only difference is the corrected title of the Reply Memorandum. As such, Defendant now seeks to withdraw Document No. 27 as it is improperly labeled and for leave to file *Instanter* the Reply Memorandum to Defendant's Motion for Summary Judgment.

*Signature on next page.*

Respectfully submitted,

*/s/ Jackie Jewell*
Jackie M. Jewell	(0090499)
**REMINGER CO., L.P.A.**
200 Civic Center Drive, 8th Floor
Columbus, Ohio 43215
Phone: (614) 232-2491
Fax:     (614) 232-2410
jjewell@reminger.com
*Counsel for Defendant, Wal-Mart Stores East, L.P.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing has been served via this Court's electronic filing system this 16th day of March 2021 upon:

Katherine McCormick (0098980)
John P. O'Neil (0067893)
Elk & Elk Co., Ltd.
6105 Parkland Blvd., Suite 200
Mayfield Heights, Ohio 44124
KMcCormick@elkandelk.com
joneil@elkandelk.com

*Attorneys for Plaintiff*

*/s/ Jackie M. Jewell*
Jackie M. Jewell	(0090628)