UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lillian Morrow,
    Plaintiff(s),

v.                                Case No. 1:20-cv-162
                                      (Consent Case ; Litkovitz, M.J.)

Walmart Stores East, LP,
    Defendant(s).

## ORDER

Pursuant to notification that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within ninety (90) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement agreement for the purpose of its enforcement.

Date  7/15/2021

awh     July 15, 2021

                                               KAREN L. LITKOVITZ
                                               United States Magistrate Judge